IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 24-389 |
| CARLOS SACANELL | |

**O R D E R**

**AND NOW**, this 10th day of July, 2025, upon consideration of Defendant Carlos Sacanell's Motion to Dismiss (ECF Nos. 19, 24), as well as all responses in opposition thereto (ECF Nos. 23, 25), and after a hearing in open court, it is **HEREBY ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

S/ WENDY BEETLESTONE
_____
**WENDY BEETLESTONE, J.**